# EXHIBIT 1



© 2015 David Oppenheimer



© 2015 David Oppenheimer

# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-202-560**

**Effective Date of Registration:**
January 31, 2015

## Title

| | |
|---|---|
| **Title of Work:** | Asheville Area Aerial Photography by David Oppenheimer Taken on October 25, 2014 |
| **Previous or Alternate Title:** | Individual Unpublished Works |
| **Content Title:** | Asheville_Aerial_DSC3803.jpg; |
| | Asheville_Aerial_DSC3811.jpg; |
| | Asheville_Aerial_DSC3813.jpg; |
| | Asheville_Aerial_DSC3819.jpg; |
| | Asheville_Aerial_DSC3822.jpg; |
| | Asheville_Aerial_DSC3829.jpg; |
| | Asheville_Aerial_DSC3839.jpg; |
| | Asheville_Aerial_DSC3848.jpg; |
| | Asheville_Aerial_DSC3850.jpg; |
| | Asheville_Aerial_DSC3854.jpg; |
| | Asheville_Aerial_DSC3855.jpg; |
| | Asheville_Aerial_DSC3858.jpg; |
| | Asheville_Aerial_DSC3859.jpg; |
| | Asheville_Aerial_DSC3860.jpg; |
| | Asheville_Aerial_DSC3865.jpg; |
| | Asheville_Aerial_DSC3868.jpg; |
| | Asheville_Aerial_DSC3869.jpg; |
| | Asheville_Aerial_DSC3876.jpg; |
| | Asheville_Aerial_DSC3878.jpg; |
| | Asheville_Aerial_DSC3883.jpg; |
| | Asheville_Aerial_DSC3899.jpg; |
| | Asheville_Aerial_DSC3902.jpg; |
| | Asheville_Aerial_DSC3905.jpg; |
| | Asheville_Aerial_DSC3909.jpg; |
| | Asheville_Aerial_DSC3916.jpg; |
| | Asheville_Aerial_DSC3921.jpg; |
| | Asheville_Aerial_DSC3923.jpg; |
| | Asheville_Aerial_DSC3924.jpg; |
| | Asheville_Aerial_DSC3926.jpg; |
| | Asheville_Aerial_DSC3929.jpg; |
| | Asheville_Aerial_DSC3930.jpg; |
| | Asheville_Aerial_DSC3932.jpg; |
| | Asheville_Aerial_DSC3938.jpg; |
| | Asheville_Aerial_DSC3941.jpg; |
| | Asheville_Aerial_DSC3942.jpg; |
| | Asheville_Aerial_DSC3957.jpg; |
| | Asheville_Aerial_DSC3959.jpg; |
| | Asheville_Aerial_DSC3961.jpg; |

Asheville_Aerial_DSC3966.jpg;
Asheville_Aerial_DSC3969.jpg;
Asheville_Aerial_DSC3971.jpg;
Asheville_Aerial_DSC3975.jpg;
Asheville_Aerial_DSC3983.jpg;
Asheville_Aerial_DSC3984.jpg;
Asheville_Aerial_DSC3986.jpg;
Asheville_Aerial_DSC3998.jpg;
Asheville_Aerial_DSC4001.jpg;
Asheville_Aerial_DSC4002.jpg;
Asheville_Aerial_DSC4006.jpg;
Asheville_Aerial_DSC4008.jpg;

Asheville_Aerial_DSC4010.jpg;
Asheville_Aerial_DSC4026.jpg;
Asheville_Aerial_DSC4029.jpg;
Asheville_Aerial_DSC4033.jpg;
Asheville_Aerial_DSC4040.jpg;
Asheville_Aerial_DSC4044.jpg;
Asheville_Aerial_DSC4051.jpg;
Asheville_Aerial_DSC4054.jpg;
Asheville_Aerial_DSC4063.jpg;
Asheville_Aerial_DSC4065.jpg;
Asheville_Aerial_DSC4068.jpg;
Asheville_Aerial_DSC4070.jpg;
Asheville_Aerial_DSC4072.jpg;
Asheville_Aerial_DSC4077.jpg;
Asheville_Aerial_DSC4086.jpg;
Asheville_Aerial_DSC4099.jpg;
Asheville_Aerial_DSC4102.jpg;
Asheville_Aerial_DSC4110.jpg;
Asheville_Aerial_DSC4118.jpg;
Asheville_Aerial_DSC4129.jpg;
Asheville_Aerial_DSC4140.jpg;
Asheville_Aerial_DSC4142.jpg;
Asheville_Aerial_DSC4143.jpg;
Asheville_Aerial_DSC4145.jpg;
Asheville_Aerial_DSC4149.jpg;
Asheville_Aerial_DSC4151.jpg;
Asheville_Aerial_DSC4153.jpg;
Asheville_Aerial_DSC4154.jpg;
Asheville_Aerial_DSC4160.jpg;
Asheville_Aerial_DSC4166.jpg;
Asheville_Aerial_DSC4174.jpg;
Asheville_Aerial_DSC4181.jpg;
Asheville_Aerial_DSC4184.jpg;
Asheville_Aerial_DSC4196.jpg;
Asheville_Aerial_DSC4199.jpg;
Asheville_Aerial_DSC4204.jpg;
Asheville_Aerial_DSC4206.jpg;
Asheville_Aerial_OPP2853.jpg;
Asheville_Aerial_OPP2858.jpg;
Asheville_Aerial_OPP2870.jpg;
Asheville_Aerial_OPP2873.jpg;
Asheville_Aerial_OPP2875.jpg;
Asheville_Aerial_DSC3775.jpg;
Asheville_Aerial_DSC3776.jpg;
Asheville_Aerial_DSC3777.jpg;



*0000VAU00120256003027*

Asheville_Aerial_DSC3780.jpg;
Asheville_Aerial_DSC3783.jpg;
Asheville_Aerial_DSC3798.jpg;
Asheville_Aerial_DSC3799.jpg;
Asheville_Aerial_DSC3801.jpg;

## Completion/Publication

**Year of Completion:** 2014

## Author

- **Author:** David Gordon Oppenheimer
**Author Created:** photograph
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States
**Year Born:** 1970

## Copyright Claimant

**Copyright Claimant:** David Gordon Oppenheimer
P.O. Box 8105, Asheville, NC, 28814, United States

## Rights and Permissions

**Organization Name:** Performance Impressions LLC
**Name:** David Gordon Oppenheimer
**Email:** dave@performanceimpressions.com
**Telephone:** (828)273-9339
**Alt. Telephone:** (914)834-7030
**Address:** P.O. Box 8105
Asheville, NC 28814 United States

## Certification

**Name:** David Gordon Oppenheimer
**Date:** January 31, 2015



**Registration #:**   VAu001202560
**Service Request #:**   1-2103428652

Performance Impressions LLC
David Gordon Oppenheimer
P.O. Box 8105
Asheville, NC 28814 United States

*0000VAU0012025600301*



