```
LAWRENCE G. TOWNSEND (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
One Concord Center
2300 Clayton Road, Suite 1400
Concord, California 94520
Telephone:   415.882.3290
Facsimile:   415.882.3232
Email: ltownsend@owe.com

Attorney for Plaintiff
DAVID OPPENHEIMER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OPPENHEIMER, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>PLEXUSS, INC., a Delaware corporation<br><br>　　　　　　　Defendant. | Case No. 3:21-cv-01422-JCS<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT PLEXUSS, INC.; DECLARATION OF LAWRENCE G. TOWNSEND** |

　　　Plaintiff, David Oppenheimer ("Oppenheimer" or "Plaintiff"), hereby requests the clerk enter the default of Defendant Plexuss, Inc. under Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend against this action in a timely manner.

Dated: May 17, 2021　　　　　　　LAW OFFICES OF LAWRENCE G. TOWNSEND

　　　　　　　　　　　　　　　　　　*s/Lawrence G. Townsend*
　　　　　　　　　　　　　　　　　　Lawrence G. Townsend
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　DAVID OPPENHEIMER

## DECLARATION OF LAWRENCE G. TOWNSEND

LAWRENCE G. TOWNSEND, hereby declares as follows under penalty of perjury that the following statements are true and correct:

1. I am an attorney licensed to practice law in the State of California, and I represent Plaintiff in the above captioned matter.

2. I hereby make a request to the Clerk of this Court for entry of default as to defendant PLEXUSS, INC., pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in support this request to show that:

   a. The defendant was duly served by a process server [Document No. 8] with copies of Plaintiff's Summons and Complaint as provided by Rule 4(c)(1), Federal Rules of Civil Procedure;

   b. Upon Plaintiff's information and belief, the defendant, being a Delaware corporation with its principal place of business in San Ramon or Walnut Creek, California, is neither an infant nor an incompetent person requiring special service in accordance with Rule 4(g), Federal Rules of Civil Procedure, and is not serving with the armed forces of the United States entitled to the protection of 50 U.S.C. App. § 520;

   c. The defendant has neither answered nor otherwise responded formally to the Plaintiff's Summons and Complaint, and the time to do so, as provided in Rule 12(a), Federal Rules of Civil Procedure, has expired;

   d. Copies of this Declaration and the Request, seeking entry of default, have this date been served upon the defendant by regular mail, postage prepaid.

Dated: May 17, 2021

_____
Lawrence G. Townsend

PROOF OF SERVICE

I am a citizen of the United States; employed in the County of Contra Costa, State of California, over the age of eighteen; and not a party to this action. My business address is One Concord Center, 2300 Clayton Road, Suite 1400, Concord, CA 94520.

On May 17, 2021, I served the below listed documents:

**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT**

by one of the following below listed methods:

PLEXUSS, INC.
231 Market Place, Suite 241
San Ramon, CA 94583

[ X ]   BY MAIL: Such correspondence was deposited, with postage fully prepaid, in a United States Post Office mail box at Concord, California on the same day in the ordinary course of business.

[ ]   BY PERSONAL SERVICE: Such envelope was delivered by hand to the offices of the addressee.

[ ]   BY FACSIMILE: Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

[ ]   BY ELECTRONIC MAIL: Such document was transmitted to the email addresses shown above. Said mail was not marked undeliverable.

[ ]   BY COURIER: Such correspondence was sent via FedEx, priority overnight, for delivery on _____, addressed to _____ as shown above, with charges billed to sender.

I declare, under penalty of perjury, that the foregoing is true and correct and is executed on May 17, 2021, at Concord, California.

_____
Yasmin Alleje